IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APTALIS PHARMATECH, INC. AND IVAX INTERNATIONAL GMBH,<br><br>  Plaintiffs,<br><br>  v.<br><br>APOTEX INC. AND APOTEX CORP.,<br><br>  Defendants. | Civ. No. 14-1038-SLR |

**O R D E R**

At Wilmington this 8th day of December 2016, consistent with the opinion issued this same date;

IT IS ORDERED that:

1. Defendants infringe the asserted claims of the '199 and '121 patents.

2. The clerk of court is directed to enter judgment in favor of plaintiff and against defendant.

_____
United States District Judge