IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APTALIS PHARMATECH, INC. AND IVAX INTERNATIONAL GMBH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civ. No. 14-1038-SLR |
| APOTEX INC. AND APOTEX CORP., | )<br>)<br>) |
| Defendants. | )<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's opinion and order of December 8, 2016;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff and against defendant.

_____
United States District Judge

Dated: 12/8/2016

_____
(By) Deputy Clerk