IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADARE PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS INTERNATIONAL GMBH <br><br> *Plaintiffs*, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> *Defendants*. | C.A. No. 14-1038-MSG-SRF |

**STIPULATION AND ORDER OF DISMISSAL BETWEEN PLAINTIFFS ADARE PHARMACEUTICALS, INC. AND TEVA PHARMACEUTICALS INTERNATIONAL GMBH AND DEFENDANTS APOTEX INC. AND APOTEX CORP.**

Plaintiffs Adare Pharmaceuticals, Inc. and Teva Pharmaceuticals International GmbH ("Plaintiffs") and defendants Apotex Inc. and Apotex Corp. ("Defendants") have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement and License Agreement, dated August 28, 2018 (the "Settlement and License Agreement"). Plaintiff and Defendants are referred to herein collectively as the "Parties" and each individually as a "Party." Now the Parties, having consented and stipulated to the entry of this Stipulation and Order of Dismissal, as follows:

IT IS HEREBY ORDERED AND DECREED that:

1. Pursuant to the Settlement and License Agreement, Defendants have stipulated to the entry of a preliminary injunction in the event of an uncured material breach by Defendants of certain terms of the Settlement and License;

2. In view of, and subject to the provisions of the Settlement and License Agreement, and by agreement of the Parties, this action is hereby dismissed with respect solely to Defendants, without prejudice, with each Party bearing its own costs, attorneys' fees, and expenses incurred in connection with this action; and

3. This Court retains jurisdiction to enforce or supervise performance under this Stipulation and Order of Dismissal and the Settlement and License Agreement.

SO STIPULATED:

Dated: September 7, 2018

| FISH & RICHARDSON P.C. | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ Susan E. Morrison | /s/ John C. Phillips, Jr. |
| Susan E. Morrison (#4690) | John C. Phillips, Jr. (#110) |
| Kelly Allenspach Del Dotto (#5969) | Megan C. Haney (#5016) |
| 222 Delaware Avenue, 17th Floor | 1200 North Broom Street |
| Wilmington, DE 19899 | Wilmington, DE 19806-4204 |
| (302) 652-5070 | (302) 655-4200 Telephone |
| morrison@fr.com | (302) 655-4120 Facsimile |
| kad@fr.com | jvp@pgmhlaw.com |
| | mch@pgmhlaw.com |
| *Attorneys for Plaintiffs, Adare Pharmaceuticals, Inc. and Teva Pharmaceuticals International GmbH* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

IT IS SO ORDERED, AND DECREED this 11th day of Sept, 2018 by:

_____
The Honorable Mitchell S. Goldberg
United States District Judge